# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0222
LT Case No. 27-2024-DP-69

_____

S.R. FATHER OF A.S., J.S., A.S.
and Z.S.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Heather Morcroft, Winter Park, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, for Guardian
ad Litem,

March 31, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____